1
2
3
4
5

                                          UNITED STATES DISTRICT COURT

                                        SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | ) | Case No. 22-cr-01553-BAS |
|---|---|---|
|  | ) | **JUDGMENT AND ORDER OF DISMISSAL OF INDICTMENT FOR THIS DEFENDANT AND RECALL OF ARREST WARRANT** |
| v. | ) |  |
| VANESSA VEGA (4), | ) |  |
| Defendant, | ) |  |

Upon motion of the United States of America and good cause appearing,

IT IS HEREBY ORDERED that the Indictment in the above-entitled case be dismissed without prejudice as this Defendant only, VANESSA VEGA (4).

IT IS HEREBY ORDERED that the arrest warrant for this Defendant be recalled.

IT IS SO ORDERED.

DATED: January 22, 2025

                                                        _____
                                                        The Honorable Cynthia Bashant
                                                        United States District Court